IN RE MILLS.

[Cite as *In re Mills,* 116 Ohio St.3d 288, 2007-Ohio-6455.]

(No. 2007–0609—Submitted November 28, 2007—Decided December 11, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re C.S.*, 115 Ohio St.3d 267, 2007-Ohio-4919, 874 N.E.2d 1177.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

James J. Mayer Jr., Richland County Prosecuting Attorney, and Stephen M. Wildermuth, Assistant Prosecuting Attorney, for appellant.

David H. Bodiker, State Public Defender, and Amanda J. Powell, Assistant State Public Defender, for appellee.